# BURSOR & FISHER
P.A.

888 SEVENTH AVENUE
3RD FLOOR
NEW YORK, NY 10019
www.bursor.com

ANDREW J. OBERGFELL
Tel: 646.837.7129
Fax: 212.989.9163
aobergfell@bursor.com

January 7, 2019

*Via ECF*

The Honorable Michael A. Hammer
United States Magistrate Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut St., Room 4015
Newark, NJ 07101

Re:   *Bloom. v. AARP, Inc., et al.,* Case No. 2:18-cv-02788

Dear Judge Hammer:

This firm represents Plaintiff Barbara Bloom in the above referenced case.

We are seeking admission *pro hac vice* for Joshua D. Arisohn. Pursuant to your Judicial Preferences, enclosed are the following: (i) Declaration of Joshua D. Arisohn in support of admission; (ii) Declaration of Andrew J. Obergfell in support of Mr. Arisohn's admission; and (iii) a proposed *pro hac vice* consent order.

Opposing counsel has no objection to entry of the *pro hac vice* consent order referenced above.

If the order is acceptable, we respectfully request it be entered.

Very truly yours,

Andrew J. Obergfell

cc:   All Counsel of Record (via ECF)