# BURSOR & FISHER
P.A.

888 SEVENTH AVENUE
NEW YORK, NY 10019
www.bursor.com

ANDREW J. OBERGFELL
Tel: 646.837.7150
Fax: 212.989.9163
aobergfell@bursor.com

September 6, 2019

**VIA ECF**

Honorable Michael A. Hammer
United States Magistrate Judge
Martin Luther King, Jr. Federal Building
and United States Courthouse
50 Walnut Street, P.O. Box 999
Newark, New Jersey 07101-0999

Re:   *Gozdenovich v. AARP, Inc.*, No. 18-2788 (MCA) (MAH)

Dear Judge Hammer:

I write on behalf of Plaintiff in the above-captioned matter. Currently, Plaintiff's motion for class certification is due on September 30, 2019. Plaintiff now respectfully requests that the Court enter the following extension and briefing schedule negotiated and agreed to between the parties:

| | |
|---|---|
| November 15, 2019 | Plaintiff's motion for class certification |
| December 20, 2019 | Defendants' oppositions to Plaintiff's motion for class certification |
| January 21, 2020 | Plaintiff's reply in support of motion for class certification |

This is the parties' first request for an extension of the class certification deadline. All other dates can remain in effect.

Very truly yours,

Andrew J. Obergfell

SO ORDERED
s/Michael A. Hammer
Michael A. Hammer, U.S.M.J.
Date: 9/9/2019