UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN GOZDENOVICH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AARP, INC., AARP SERVICES INC., AARP INSURANCE PLAN, UNITEDHEALTH GROUP, INC., and UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>Defendants. | Case No. 9:18-cv-81258-DMM |

Declaration

of

**COLIN B. WEIR**

January 29, 2020

MAY REFERENCE MATERIALS DESIGNATED "CONFIDENTIAL" OR "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" UNDER PROTECTIVE ORDER

**FILED UNDER SEAL**